IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KIMBERLY R. BAKER,                    )
                                      )
    Plaintiff,                     )
                                      )
v.                                    )    CASE NO. 2:24-cv-00741-RAH
                                      )
ALABAMA STATE UNIVERSITY,             )
                                      )
    Defendant.                     )

## ORDER

On March 31, 2025, the Magistrate Judge filed a Recommendation (doc. 18) to which no timely objections have been filed.  In the Recommendation, the Magistrate Judge recommends dismissal of Count II of the Complaint.  However, on April 14, 2025, Plaintiff filed an Amended Complaint.  (Doc. 19.)  Since the Amended Complaint supplants the Complaint on which the Recommendation is based, the Amended Complaint is now the operative pleading.  Accordingly, it is

**ORDERED** that the Recommendation (doc. 18) is **OVERRULED as moot**, and Defendant's Motion to Dismiss (doc. 4) is **DENIED as moot**.  This matter is referred back to the Magistrate Judge for all further proceedings based on the Amended Complaint.

DONE, on this the 1st day of May 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE